MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER J. BANKS (SBN 218779)
cbanks@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   415.442.1000
Fax:   415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (admitted *pro hac vice*)
jgorman@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   215.963.5000
Fax:   215.963.5001

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**IT IS SO ORDERED**
Judge Edward J. Davila
2/6/2015

The Clerk shall close this file.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>DATEL HOLDINGS LTD., DATEL DESIGN & DEVELOPMENT LTD., DATEL DESIGN & DEVELOPMENT INC., DATEL DIRECT LTD., and  DATEL ELECTRONICS LTD.<br><br>            Defendants. | Case No. 14-cv-02891-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hewlett-Packard Company voluntarily dismisses without prejudice the above-captioned action against Defendants Datel Holdings Ltd., Datel Design & Development Ltd., Datel Design & Development Inc., Datel Direct Ltd., and Datel Electronics Ltd. (collectively, "Defendants").  This notice is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 6, 2015      MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Christopher J. Banks
    Christopher J. Banks (SBN 218779)
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596
    Tel: 415.442.1000
    Fax: 415.442.1001
    cbanks@morganlewis.com

John V. Gorman (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
jgorman@morganlewis.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY